# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Chugach Federal Solutions, Inc. ) ASBCA No. 59328
)
Under Contract No. FA5000-13-C-0005 )

APPEARANCES FOR THE APPELLANT: William A. Roberts, III, Esq.
Richard B. O'Keeffe, Jr., Esq.
Michael P. Grogan, Esq.
Gary S. Ward, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
  Air Force Chief Trial Attorney
Jeffrey M. Lowry, Esq.
Anna F. Kurtz, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59328, Appeal of Chugach Federal Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals